Form 3015-1 - Chapter 13 Plan

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
**Johnathan M Macon**
**Teresa C Macon**

**CHAPTER 13 PLAN - MODIFIED**

Dated: **August 16, 2016**

DEBTOR    Case No. **16-31633**

*In a joint case,*
*debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE —**
   a. As of the date of this plan, the debtor has paid the trustee $ **0.00** .
   b. After the date of this plan, the debtor will pay the trustee $ **200.00 \*** per **Month** for **36** months, beginning within 30 days after the order for relief for a total of $ **8,760.00** . The minimum plan payment length is **X** 36 or __ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee __
   d. The debtor will pay the trustee a total of $ **8,760.00** [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE —** The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **876.00** , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)] —** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

   | *Creditor* | *Monthly Payment* | *Number of Months* | *Total Payments* |
   |---|---|---|---|
   | -NONE- | $ | | $ |
   | a. TOTAL | | | $ 0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] —** The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

   | *Creditor* | *Description of Property* |
   |---|---|
   | -NONE- | |

5. **CLAIMS NOT IN DEFAULT —** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

   | *Creditor* | *Description of Property* |
   |---|---|
   | a. **UNITED PRAIRIE BANK** | **1996 Chevrolet Impala SS 78000 miles** |
   | b. **US DEPT OF HOUSING & URBAN DEV** | **Homestead: 756 1st Ave S South St. Paul, MN 55075** |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)] —** The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

   | *Creditor* | *Amount of Default* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
   |---|---|---|---|---|---|
   | a. **US BANK HOME MORTGAGE** | $ **1,000.00** | $ **45.45** | **13** | **22** | $ **1,000.00** |
   | b. TOTAL | | | | | $ **1,000.00** |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ] —** The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

   | *Creditor* | *Amount of Default* | *Int. rate (if applicable)* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
   |---|---|---|---|---|---|---|
   | a. **City of South St. Paul** | $ **976.13** | **5** | $ **49.17** | **13** | **22** | $ **1,081.69** |

| Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| b. TOTAL | | | | | | $ 1,081.69 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| | Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) | x (No. of Pmnts) = | Pmnts on Account of Claim + | (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| a. | WISCONSIN AUTO TITLE | $ 2,400.00 | $ 2,400.00 | 6 | 13 | $ 123.40 | 22 | $ 2,714.81 | $ 0.00 | $ 2,714.81 |
| b. | TOTAL | | | | | | | | | $ 2,714.81 |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

| | Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | Attorney Fees | $ 2,310.00 | $ 177.69 | 1 | 13 | $ 2,310.00 |
| b. | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | 36 | 0 | $ 0.00 |
| c. | MN DEPT OF REVENUE | $ 0.00 | $ 0.00 | 36 | 0 | $ 0.00 |
| d. | TOTAL | | | | | $ 2,310.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: **-NONE-**
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

| | Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
| | -NONE- | | | | | | $ |
| a. | TOTAL | | | | | | $ 0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **777.50**   [line 1(d) minus lines 2, 6(b), 7(b), 8(a), 9(d) and 10(a)].

   a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00**.

   b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **44,968.00**.

   c. Total estimated unsecured claims are $ **44,968.00**   [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under  ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** —
   **\*The plan is a step plan which will pay as follows:  $200.00 Monthly for 23 months, then $320.00 Monthly for 13 months
   Special Intentions:
   WYNDHAM DISCOVERY: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

   **The debtors shall send the Trustee each year during the Chapter 13 Plan copies of their federal and state income tax returns at the time they are filed. The debtors shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case. Joint debtors shall be entitled to retain the first $2,000 of refunds plus any earned income credit (EIC) plus any Minnesota Working Family credit. Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payment.**

   **As to the claims dealt with in paragraphs 4, 5, 6, or 7, in the event of the surrender, foreclosure, or repossession of the collateral for any reason, the balance of the secured creditors' claims, if any, will be paid as a general unsecured claim without priority, and will be discharged by the discharge granted pursuant to 11 U.S.C. § 1328.**

**Student loans with ACS GCO Educational Loan Fund and/or the US Department of Education and/or its assigns shall each be paid its pro-rata share as a nonpriority general unsecured creditor by the trustee (acct. # 8521).**

**14. SUMMARY OF PAYMENTS** —

| | |
|---|---:|
| Trustee's Fee [Line 2] | $ **876.00** |
| Home Mortgage Defaults [Line 6(b)] | $ **1,000.00** |
| Claims in Default [Line 7(b)] | $ **1,081.69** |
| Other Secured Claims [Line 8(b)] | $ **2,714.81** |
| Priority Claims [Line 9(d)] | $ **2,310.00** |
| Separate Classes [Line 10(a)] | $ **0.00** |
| Unsecured Creditors [Line 11] | $ **777.50** |
| **TOTAL [must equal Line 1(d)]** | $ **8,760.00** |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
**Matthew M. Tande 388339
Prescott & Pearson, P.A.
Po Box 120088
New Brighton, MN 55112-0088
(651) 633-2757
388339**

Signed  **/s/ Johnathan M Macon**
**Johnathan M Macon**
DEBTOR

Signed  **/s/ Teresa C Macon**
**Teresa C Macon**
DEBTOR (if joint case)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Johnathan M. Macon
Teresa C. Macon,

Debtors.

BKY No. 16-31633–WJF
Chapter 13

**NOTICE OF HEARING AND MOTION TO APPROVE MODIFIED PLAN**

TO: The debtors; US Trustee; Chapter 13 Trustee; and creditors and parties in interest.

1. The debtors, by the undersigned attorney, move the court for approval of the modified plan dated August 16, 2016.

2. The court will hold a hearing on this motion at 10:30 a.m. on September 22, 2016 in Courtroom No. 2B, U.S. Bankruptcy Court, Second Floor, U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101.

3. Any objection to this modified plan must be filed and served not later than September 16, 2016 which is 5 days before the time set for the hearing including Saturdays, Sundays and holidays.  UNLESS AN OBJECTION TO THE PLAN IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. Sec 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  The petition commencing this Chapter 13 case was filed.  This case is now pending in this court.

5. The plan is being modified to provide for the treatment of a secured claim by US Department of Housing and Urban Development, and to provide for the payment of secured utility bill arrears to the City of South St. Paul.

Dated:  August 16, 2016

                                          **Prescott & Pearson, P.A.**

                                          /s/ Matthew M. Tande
                                          Matthew M. Tande, Atty Reg. No. 388339
                                          443 Old Highway 8 NW, Suite 208
                                          New Brighton, MN  55112
                                          Telephone:  (651) 633-2757
                                          Attorneys for Debtor

## VERIFICATION

Johnathan M. Macon and Teresa C. Macon, the Debtors named in the Notice of Hearing and Motion to Approve Modified Plan, declare under penalty of perjury that the information therein contained is true and correct to the best of our knowledge, information, and belief.

Dated: 8-18-16

Signed: _____
Johnathan M. Macon, Debtor

Signed: _____
Teresa C. Macon, Debtor

DISTRICT OF MINNESOTA
UNITED STATES BANKRUPTCY COURT

In re:

Jonathan M. Macon
Teresa C. Macon

Debtor(s)                                  Bky Case No: 16-31633
                                           Chapter 13

UNSWORN DECLARATION OF SERVICE

      Ashly Volavka, an employee of Prescott & Pearson, P.A., attorneys licensed to practice law in this court, with office address of 443 Old Highway 8 Northwest Suite 208, P.O. Box 120088, New Brighton, Minnesota 55112, declares that on August 25, 2016, she served the annexed Notice of Hearing to Approve Modified Plan and Modified Chapter 13 Plan upon each of the entities named below by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at New Brighton, Minnesota, addressed to each of them as follows:

SEE ATTACHED LIST

and delivered to each entity below by way of electronic transmission by the United States Bankruptcy Court:

Gregory A. Burrell, Trustee
Office of the US Trustee

And she declares under penalty of perjury, that the foregoing is true and correct.

Executed: August 25, 2016

                                                    /e/ Ashly Volavka

                                                    Ashly Volavka

```
ACS GCO ED LOANS         AFNI INC                     ACS COLLECTION USA ACS
501 BLEECKER ST          9300 CULEBRA                 ADDRESS UNKNOWN
UTICA NY 13501           SAN ANTONIO TX 78201


ALLINA HEALTH            CITY OF S ST PAUL            DIRECTV
WOODBURY CLINIC          125 3RD AVE N                PO BOX 78626
2925 CHICAGO AVE         S ST PAUL MN 55075           PHOENIX AZ 85062-8626
MINNEAPOLIS MN 55407-1321


AMERICAN ACCTS & ADVISORS   CITY OF SOUTH ST. PAUL    DIRECTV LLC
7460 80TH ST S              ATTN: UTILITY BILLING     ATTN BANKRUPTCIES
COTTAGE GROVE MN 55016      125  3RD AVENUE NORTH     PO BOX 6550
                            SOUTH ST. PAUL MN 55075   GREENWOOD VILLAGE CO 801


AMERICAN WEB LOAN                CLIENT SERVICES              FAIRVIEW HEALTH SERVICES
2128 N 14TH ST SUITE 1 #130      3451 HARRY S TRUMAN BLVD     PO BOX 9372
PONCA CITY OK 74601              ST CHARLES MO 63301-4047     MINNEAPOLIS MN 55440


APPLY ADVANCE            COMENITY BANK VICTORIA'S SECR   FAIRVIEW HEALTH SERVICES
CASHNET USA              PORTFOLIO RECOVERY              400 STINSON BLVD NE
175 W JACKSON BLVD #1000 PO BOX 41067                    MINNEAPOLIS MN 55413-261
CHICAGO IL 60604         NORFOLK VA 23541


ARS NATIONAL SVCS INC    COMENITY CAPITAL BANK PAYPAL    FIRSTSOURCE ADVANTAGE LL
PO BOX 469100            AMERICAN CORADIUS INTL          205 BRYANT WOODS SOUTH
ESCONDIDO CA 92046       35A RUST LANE                   AMHERST NY 14228
                         BOERNE TX 78006


BASS & ASSOCIATES        COMO LAW FIRM                GCO TRUST C/O NELNET
3936 E FT LOWELL RD      PO BOX 130668                MHEAC DBA ASA
SUITE 200                ST PAUL MN 55113-0006        100 CAMBRIDGE STREET #160
TUCSON AZ 85712-1083                                  BOSTON MA 02114-2518


CAPITAL ONE              CONVERGENT OUTSOURCING       HEALTHEAST CARE SYSTEM
6125 LAKEVIEW RD         PO BOX 9004                  NW 8947
SUITE 800                RENTON WA 98057-9004         PO BOX 1450
CHARLOTTE NC 28269-2605                               MINNEAPOLIS MN 55485-894


CAPITAL ONE BANK         CREDIT CONTROL LLC           INTERNAL REVENUE SERVICE
PO BOX 71083             PO BOX 187                   CENTRALIZED INSOLVENCY O
CHARLOTTE NC 28272-1083  HAZELWOOD MO 53042           PO BOX 7346
                                                      PHILADELPHIA PA 19101-73


CAPITAL ONE MASTERCARD   DANIEL MCCLOSKEY             JAMES & PATRICIA STENZEL
6125 LAKEVIEW RD         ADDRESS UNKNOWN              93169 370TH AVE
SUITE 800                                             HERON LAKE MN 56137
CHARLOTTE NC 28269-2605
```

```
JC CHRISTENSEN & ASSOC         EXPRESS RECOVERIES           US BANK HOME MORTGAGE
PO BOX 519                     PO BOX 29227                 4801 FREDERICA STREET
SAUK RAPIDS MN 56379-0519      MINNEAPOLIS MN 55429-0227    OWENSBORO KY 43201-7441


JONATHAN M. MACON              ROSE LAW FIRM PLLC           US DEPT OF HOUSING & URBAN
TERESA C. MACON                PO BOX 5560                  451 7TH STREET SW
756 1ST AVE S                  HOPKINS MN 55343             WASHINGTON DC 20410-0002
SOUTH ST PAUL MN 55075-3001


L SUND MD PA                   RPM                          VERITAS INSTRUMENT RENT
2515 WHITE BEAR AVE #A-8/205   RECEIVABLES PERFORMANCE      PO BOX 950
ST PAUL MN 55109               PO BOX 1548                  PINELLAS PARK FL 33780
                               LYNNWOOD WA 98046


MALACKO LAW OFFICE             SIMMS ASSOCIATES             VERIZON
PO BOX 135                     PO BOX 7526                  500 TECHNOLOGY DR
COTTAGE GROVE MN 55016         NEWARK DE 19714-7526         SUITE 500
                                                            WELDON SPRING MO 63304


MN DEPT OF REVENUE             ST PAUL RADIOLOGY            VIP LOAN SHOP
551 BKY SECTION CEU DEPT       PO BOX 812                   PO BOX 283
PO BOX 64447                   INDIANAPOLIS IN 45206        FLANDREAU SD 57028
ST PAUL MN 55164


NATIONAL CHECK RESOLUTION      SUMMIT ORTHOPEDICS LTD       VIP LOAN SHOP
PO BOX 491406                  SDS 12-2901                  4849 EAGLE ROCK ROAD
LAWRENCEVILLE GA 30049         PO BOX 86                    HUDSON WI 54016-2135
                               MINNEAPOLIS MN 55486-2901


NORTHLAND GROUP, INC           TROJE'S TRASH SVC            VISION FINANCIAL CORP
PO BOX 390905                  CREDITOR ADVOCATES INC       PO BOX 7477
MINNEAPOLIS MN 55439           1551 SOUTHCROSS DR W #C      ROCKFORD IL 61126
                               BURNSVILLE MN 55075


ONEMAIN FINANCIAL              U OF M PHYSICIANS            WISCONSIN AUTO TITLE
6801 COLWELL BLVD              SDS 12 1562                  1407 COULEE RD
NTSB-2320                      PO BOX 86                    HUDSON WI 54016
IRVING TX 75039                MINNEAPOLIS MN 55486-1562


ONEMAIN FINANCIAL              UNITED CONSUMER FIN SVCS     WOODBURY SOCCER CLUB
PO BOX 70912                   865 BASSETT RD               2630 OJEBWAY DR
CHARLOTTE NC 28272-0912        WESTLAKE OH 44145            WOODBURY MN 55125


ORIN J. KIPP                   UNITED PRAIRIE BANK          WOODWINDS HEALTH
WILFORD GESKE & COOK           PO BOX 430                   NW 8947
7616 CURRELL BOULEVARD STE 200 MOUNTAIL LAKE MN 56159       PO BOX 1450
WOODBURY MN 55125                                           MINNEAPOLIS MN 55485-894
```

```
WYNDHAM DISCOVERY
10750 W CHARLESTON
LAS BEGAS NV 89135


XCEL ENERGY
PO BOX 8
EAU CLAIRE WI 54702


YMCA OF GREATER ST PAUL
TRANSWORLD SYSTEMS INC
PO BOX 15520
WILMINGTON DE 19850
```

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re
Johnathan M Macon
Teresa C Macon
Debtor(s).

Case No. 16-31633

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[Individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 8-18-16

X _____
Signature of Debtor 1 or Authorized Representative

X _____
Signature of Debtor 2

Johnathan M Macon
Printed Name of Debtor 1 or Authorized Representative

Teresa C Macon
Printed Name of Debtor 2